[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-12728

Non-Argument Calendar

_____

ERIC NORDQUIST,

Petitioner-Appellant,

*versus*

FL ST HOSPITAL,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-21271-TKW-HTC

_____

2                     Opinion of the Court                     23-12728

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Eric Nordquist appeals from the magistrate judge's August 8, 2023 order closing the habeas proceeding and terminating the motion to proceed *in forma pauperis*. However, we lack jurisdiction to directly review a magistrate judge's order, and an appeal from such an order must be taken to the district court. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066–67 (11th Cir. 1982) (explaining that magistrate judge orders issued pursuant to 28 U.S.C. § 636(b) are not final and may not be appealed until rendered final by a district court); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009) (noting that appellate courts are without jurisdiction to hear appeals directly from magistrate judges).

All pending motions are denied as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.